**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 24-cv-23152-JB**

FEDERAL TRADE COMMISSION, and
STATE OF FLORIDA,

        Plaintiffs,
v.

RIVX AUTOMATION CORP. *et al.*,

        Defendants,
_____/

## ORDER SPECIFYING PROCEDURE FOR DEFAULT FINAL JUDGMENT

**THIS CAUSE** came before the Court upon Plaintiffs' Application to the Clerk for Entries of Default Against Defendants Noah Wooten and C2 Carrier LLC, and Motion to the Court for a corresponding Order Specifying the Procedure for Default Final Judgment.  ECF No. [35]. Defendants Noah Wooten and C2 Carrier LLC have failed to answer or otherwise defend against the Complaint, and the Clerk of Court has entered defaults against them.  ECF No. [36]. In addition, Plaintiffs have provided notice that there are multiple defendants and allegations of joint and several liability, and that Plaintiffs are working to provide the Court with a sum certain for liability as to the defendants.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiffs' Motion, ECF No. [35], is **GRANTED**.  Plaintiffs may move for the entry of default final judgment against the defaulting defendants within twenty-one (21) days after liability is resolved as to all defendants. Plaintiffs' motion for default final judgment shall include affidavits of any sum certain due by defendants and any other documentation necessary to determine Plaintiffs' requested relief. The motion shall

also be accompanied by a proposed order or proposed final judgment. *See* L.R. 7.1(a)(2).

    **DONE AND ORDERED** in Miami, Florida, this 28th day of October, 2024.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE